595 P.2d 169

Richard Leo EATON, a minor by his parents and next friends, Dale G. Eaton and Janice Eaton, Alicia Sesma, a minor by her parents and next friends, Ray Sesma and Stella Sesma, and the Arizona Association For Retarded Citizens, Inc., Individually and on behalf of all others similarly situated, Appellees,

v.

UNIFIED SCHOOL DISTRICT NO. 1 OF PIMA COUNTY, Arizona, Mohave Valley Elementary School District No. 16, Winslow School District No. 1 and Winslow High School District No. 1, Appellants.

No. 14217–PR.

Supreme Court of Arizona, En Banc.

May 9, 1979.

Venable, Rice, Lee & Capra by Gilbert T. Venable, Phoenix, for appellees.

DeConcini, McDonald, Brammar & Yetwin, P. C. by Richard M. Yetwin, Tucson, for Unified School Dist. No. 1.

Bruno & Weisberg, P. C. by Sheldon H. Weisberg, Kingman, for Mohave Valley Elementary School Dist. No. 16.

Jay V. Flake, County Atty., Holbrook by Warner G. Leppin, Deputy County Atty., Winslow, for Winslow School Dist. No. 1 and Winslow High School Dist. No. 1.

HAYS, Justice.

The petition for review is granted. The decision of the Court of Appeals in *Eaton v.*

*Unified School District No. 1 of Pima County, Arizona et al.,* 122 Ariz. 391, 595 P.2d 183 (App.1979), is approved and adopted as the opinion of this court. We note that Division Two of the Court of Appeals has overruled *Home Federal Savings & Loan Ass'n v. Pleasants,* 23 Ariz.App. 467, 534 P.2d 275 (1975), the case which was in conflict with *Eaton v. Unified School District No. 1, supra,* and originally occasioned our granting of the petition for review. *See Hanania v. City of Tucson,* 123 Ariz. ——, 597 P.2d 190 (App.1979).

CAMERON, C. J., STRUCKMEYER, V. C. J., and HOLOHAN, J., concur.

*Note:* Justice FRANK X. GORDON, Jr., did not participate in the determination of this matter.